IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Jackson, Loretta | Case Number: 07 B 08001 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/3/08 | Filed: 5/2/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 21, 2008
Confirmed: September 10, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,342.00 |  |
| Secured: |  | 787.53 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,374.00 |
| Trustee Fee: |  | 180.47 |
| Other Funds: |  | 0.00 |
| Totals: | 3,342.00 | 3,342.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | River North Law Group | Administrative | 2,374.00 | 2,374.00 |
| 2. | Litton Loan Servicing | Secured | 0.00 | 0.00 |
| 3. | Litton Loan Servicing | Secured | 25,729.23 | 787.53 |
| 4. | World Financial Network Nat'l | Unsecured | 31.13 | 0.00 |
| 5. | Capital One | Unsecured | 143.15 | 0.00 |
| 6. | World Financial Network Nat'l | Unsecured | 31.85 | 0.00 |
| 7. | World Financial Network Nat'l | Unsecured | 38.25 | 0.00 |
| 8. | Midnight Velvet | Unsecured | 38.05 | 0.00 |
| 9. | Jefferson Capital | Unsecured | 150.33 | 0.00 |
| 10. | Capital One | Unsecured | 123.49 | 0.00 |
| 11. | Credit Union One | Unsecured | 149.91 | 0.00 |
| 12. | Jefferson Capital Systems LLC | Unsecured | 49.90 | 0.00 |
| 13. | Nicor Gas | Unsecured | 66.01 | 0.00 |
| 14. | Advance American | Unsecured | | No Claim Filed |
| 15. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 16. | Litton Loan Servicing | Unsecured | | No Claim Filed |
| 17. | Spiegel | Unsecured | | No Claim Filed |
| | | | $ 28,925.30 | $ 3,161.53 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 180.47 |
| | $ 180.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jackson, Loretta | Case Number:  07 B 08001 |
| | Judge:  Hollis, Pamela S |
| Printed:  6/3/08 | Filed:  5/2/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

